IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT MATTHEWS, : <br> AIS #185418 : <br> Plaintiff, : <br> vs. : <br> WARDEN WHITE, *et al.,* : <br> Defendants. : | CIVIL ACTION 11-00514-CG-C |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's action under 42 U.S.C. § 1983 be and is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 6th day of May, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE