IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SCOTT MATTHEWS,** <br> **AIS #18541** <br><br> **Plaintiff,** <br><br> vs. <br><br> **WARDEN WHITE,** *et al.,* <br><br> **Defendants.** | : <br> : <br> : <br> :      **CIVIL ACTION 11-00514-CG-C** <br> : <br> : <br> : |

# JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's action under 42 U.S.C. § 1983 be and is hereby **DISMISSED WITH PREJUDICE,** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 6th day of May, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE