IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT MATTHEWS, **:** <br> AIS #18541 <br> **:** <br> Plaintiff, <br> **:** <br> vs.            CIVIL ACTION 11-00514-CG-C <br> **:** <br> WARDEN WHITE, *et al.,* <br> **:** <br> Defendants. <br> **:** | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's action under 42 U.S.C. § 1983 be and is hereby **DISMISSED WITH PREJUDICE,** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 6th day of May, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE